**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ARLINE LAVERGNE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-0574-CG-N** |
| | ) | |
| **STANLEY JAY HATCHER, ACE** | ) | |
| **AMERICAN INSURANCE COMPANY,** | ) | |
| **and ZURICH AMERICAN** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order granting the motion for summary judgment filed by ACE American Insurance Company on October 26, 2012 (Doc. 69), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of ACE American Insurance Company, and against plaintiff, Arline Lavergne.  The plaintiff's claims against ACE American Insurance Company are hereby **DISMISSED WITH PREJUDICE**.  ACE American Insurance Company's costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 31st day of October, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE